*John Halsey* v. *James and Samuel Watson.*

THIS was a motion for a new trial, on an affidavit
of a discovery of new and material evidence. The
points and substance, are so well, and accurately con-
densed in the decision of the court, that it is unne-
cessary to do more than state the judgment.

*Per Curiam.* This is a motion for a new trial, and
comes before us, on the ground of a discovery of

material testimony, since the trial of the cause.—
To see this, and judge whether it be material or not,
it will be necessary to state the former testimony and
nature of the suit.

It is assumpsit by *Halsey*, the plaintiff, v. *James and
Samuel Watson*, the defendants, as owners of the
ship *Chesapeake*, founded on a neglect in not taking
on board some tobacco, according to contract. The
witness, *Heyer*, who appears to have acted as agent
for the plaintiff, states what the contract was, and the
time at which it was to be on board. This agreement
appears to have been made on a *Friday*. The wit-
ness inquired of the defendant, *James Watson*, when
the tobacco should be sent down to the vessel. The
answer was, send it down as quick as possible : in
consequence of which, it was sent the very next day.
From three witnesses it is shown, that the principal
part of the tobacco was on the dock by eleven o'clock
in the forenoon, and, that the whole was ready to be
put on board by three. These facts, then, are es-
tablished by three witnesses. The captain swears,
that, after 4 or 6 hogsheads had been brought, he
requested the cartmen not to bring any more, as there
were appearances of a storm. This the principal
cartman has, in effect, denied; for he says, he was de-
sired by those on board the ship, or the captain, to
bear a hand; and that he got all the tobacco down by
dinner time. Here the testimony is contradictory.
We are to judge then, if the material evidence, as it
is termed, that has been discovered since the trial,
be really testimony of materiality. There is one per-
son who swears, as to the directions given by the

Y

captain. The court are of opinion, that this is not material, so as to warrant granting a new trial. This, in two points of view : The testimony goes only to impeach the credit of what has been sworn, and not to establish any new fact. It is merely contradicting former evidence. In that point of view, it is not material : nor can it be so in another, unless the defendants can go further. The direction not to bring down the tobacco, was to a cartman. This is not sufficient; as *Watson* directed it to be sent as soon as possible. It ought to have been to the owner of the tobacco : or to have shown, that the request was brought home to the knowledge of the plaintiff : that it was made to a cartman, is not sufficient. The defendant's affidavit states two other witnesses who are material; but does not say to what facts they would testify : we cannot, therefore, judge, whether they are material or not. *Blackmer*, it is stated, will testify, that the tobacco was not marked till *Monday*. This will only go to impeach the credit of the testimony ; for, three witnesses swear to the fact of the marking being before one o'clock, on *Saturday*. The captain himself, does not pretend, that the reason for not taking it on board, was the hogsheads not being marked, but only, that he had not time. He does not pretend it was not ready to be taken on board.

New trial refused.